UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 11-CV-14479

v.

HON. GEORGE CARAM STEEH

CYRIL C. HALL,

        Defendant.

_____/

## JUDGMENT

The above entitled matter has come before the court on plaintiff's motion for summary judgment, and in accordance with the court's order granting the motion entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of plaintiff and against defendant in the amount of $5,935.46, plus interest from the date of the filing of the complaint until the date of this judgment and post-judgment interest in accordance with 28 U.S.C. § 1961(a), and $350.00 in court costs.

                                DAVID J. WEAVER
                                CLERK OF THE COURT

                                BY: s/Josephine Chaffee
                                      DEPUTY COURT CLERK

Dated: May 2, 2012